[No. 2345-3.  Division Three.  October 12, 1978.]

SUSAN M. SMITH, *Appellant,* v. TONYA J. OEDER, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 30789, Richard G. Patrick, J., entered March 17, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and Green, J.

[No. 2393-3.  Division Three.  October 12, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY HOWARD, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3561, Richard G. Patrick, J., entered April 1, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and Green, J.

[No. 5110-1.  Division One.  October 16, 1978.]

LOU DAPAS, *Respondent,* v. VIRGIL ALEXANDER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 787442, Herbert M. Stephens, J., entered October 14, 1976. *Affirmed in part* and *reversed in part* by unpublished opinion per Dore, J., concurred in by Farris, C.J., and James, J.